James A. Sellers II, Esq.
Admitted *Pro Hac Vice*
Oregon Bar No. 184404
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
(657) 363-4699
JamesS@jlohman.com
*Attorney for Plaintiff Hugo Riquelme*

**UNITED STATES DISTRICT COURT**
**NEVADA DISTRICT COURT**
**LAS VEGAS DIVISION**

| | |
|---|---|
| HUGO RIQUELME,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendant. | Case No.: 2:18-cv-02093-KJD-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Plaintiff Hugo Riquelme ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

Dated this 6th day of May, 2019

By: /s/ *James A. Sellers II*
　　James A. Sellers II, Esq.
　　Admitted *Pro Hac Vice*
　　THE LAW OFFICES OF JEFFREY
　　LOHMAN, P.C.
　　4740 Green River Rd., Suite 310
　　Corona, CA 92880
　　(657) 363-4699
　　*Attorney for Plaintiff Hugo Riquelme*

By: *Brianna Smith*
Brianna Smith, Esq.
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada  89135
(702) 471-7000
*Attorney for Defendant Capital One Bank (USA) N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation was filed with the court using the CM/ECF system, which will notify all attorneys of record, including:

**Brianna Smith**
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: smithbg@ballardspahr.com
*ATTORNEY TO BE NOTICED*

<u>/s/ *James A. Sellers II*</u>
James A. Sellers II, Esq.
Admitted *Pro Hac Vice*
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
(657) 363-4699

*Attorney for Plaintiff Hugo Riquelme*

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE