James A. Sellers II, Esq.
Admitted *Pro Hac Vice*
Oregon Bar No. 184404
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
(657) 363-4699
JamesS@jlohman.com
*Attorney for Plaintiff Hugo Riquelme*

**UNITED STATES DISTRICT COURT**
**NEVADA DISTRICT COURT**
**LAS VEGAS DIVISION**

| | |
|---|---|
| HUGO RIQUELME, | Case No.: 2:18-cv-02093-KJD-BNW |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

Plaintiff Hugo Riquelme ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

//

//

//

Dated this 9th day of May 2019

- 2 -

| | |
|---|---|
| By: /s/ *James A. Sellers II* <br> James A. Sellers II, Esq. <br> Admitted *Pro Hac Vice* <br> THE LAW OFFICES OF JEFFREY LOHMAN, P.C. <br> 4740 Green River Rd., Suite 310 <br> Corona, CA 92880 <br> (657) 363-4699 <br> *Attorney for Plaintiff Hugo Riquelme* | By: *Brianna Smith* <br> Brianna Smith, Esq. <br> BALLARD SPAHR LLP <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada  89135 <br> (702) 471-7000 <br> *Attorney for Defendant Capital One Bank (USA) N.A.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/10/2019

- 2 -

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE